Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Email: chumes@bhfs.com
           wnobriga@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, | Case No.: 2:24-cv-01812-RFB-EJY |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE OF PROCESS AND MOTION TO EXTEND TIME TO SERVE PROCESS** |
| SUNDAY RIVER CORP., a Nevada corporation, | |
| Defendant. | |

Presently before the Court is Plaintiffs' Motion for Alternative Service of Process and Motion to Extend Time to Serve Process (the "Motion"). Being fully advised, and good cause appearing the Court finds and orders as follows:

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1

2        **THE COURT FINDS AND CONCLUDES** that Plaintiffs have diligently attempted to

3  serve Sunday River Corp. ("Sunday River") to no avail. The Trust Funds have attempted to serve

4  Sunday River at three different known addresses, multiple times. Sunday River and its registered

5  agents, officers, and directors, appear to be actively evading service, making personal service

6  impracticable.

7        **THE COURT FURTHER FINDS AND CONCLUDES** that given the impracticability

8  of personally serving Sunday River, alternative service is proper. Federal Rule of Civil Procedure

9  4(e)(1) authorizes service of process as "prescribed in a state statute or rule." *Omni Capital Int'l,*

10  *Ltd. v. Ruldolf Wolff & Co., Ltd.*, 484 U.S. 97, 105 (1987). Nevada Rule of Civil Procedure

11  4.2(c)(1)(A) provides for two methods of service for a corporation formed under the laws of the

12  State of Nevada: (1) a plaintiff may serve the Nevada corporation's registered agent; or (2) a

13  plaintiff may serve "any officer or director of [the Nevada] corporation." If service cannot be

14  effectuated through an officer or director of the corporation, or through the registered agent, then,

15  with court approval, plaintiffs may serve the "Nevada Secretary of State in the entity's . . . stead."

16  Nev. R. Civ. P. 4.2(c)(3); *see also DLJ Mortg. Cap., Inc. v. Old Republic Title Ins. Grp., Inc.*, No.

17  2:20-cv-01662-KJD-VCF, 2021 WL 1911342, at \*2 (D. Nev. Apr. 15, 2021) ("Rule 4.2(c)(3)

18  allows for service upon the defendant by way of the Secretary of State."). To be allowed to serve

19  the Nevada Secretary State in the stead of a corporate defendant, plaintiffs must file an affidavit

20  that "(1) sets forth facts demonstrating Plaintiff's good faith attempts to locate and serve the

21  entity; (2) explains the reasons why service could not be made; and (3) states the last-known

22  address of the entity or its agents." *Fisher v. TheVegasPackage.com, Inc.*, No. 2:19-cv-01613-

23  JAD-VCF, 2019 WL 6828295, at \*2 (D. Nev. Dec. 12, 2019) (citing Nev. R. Civ. P.

24  4.2(c)(3)(A)(i)-(iii)).

25        In this case, as mentioned above, Plaintiffs have shown that they diligently attempted to

26  locate and serve Sunday River both through its registered agent and through its officers and

27  directors. Plaintiffs have also provided a declaration that: (1) sets forth sufficient facts that

28  demonstrate their good faith attempts to locate and serve Sunday River; (2) explains why service

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2

on Sunday River's registered agents, officers, and directors could not be made; and (3) states the last known address of Sunday River and its registered agents, officers, and directors. Accordingly, alternative service on Sunday River through the Nevada Secretary of State is proper.

**THE COURT FURTHER FINDS AND CONCLUDES** that good cause exists to extend the time to service, given the impracticability of personally serving Sunday River. Federal Rule of Civil Procedure 4(m) provides that "if a plaintiff shows 'good cause' for the failure to serve a defendant within 90 days after the complaint is filed, 'the court must extend the time for service for an appropriate period.'" *Signature Surgery Ctr. LLC v. Cel Servs. Grp.*, Inc., No. 2:21-cv-00215-JCM-EJY, 2022 WL 1432444, at *1 (D. Nev. Apr. 5, 2022). Good cause to extend time to sever process exists "where a plaintiff has shown *diligent efforts to effect service*." *Id.* (emphasis added) (quoting *Mitchell v. City of Henderson*, Case No. 2:13-cv-01154-APG-CWH, 2015 WL 427835, at *7 (D. Nev. Feb. 2, 2015)). Diligent efforts to effectuate service include, but are not limited to, hiring a process server to locate the defendants, searching the public records to locate the defendants, and utilizing attorneys and staff to locate the defendants. *See, e.g.*, *Hunter v. Nat'l Relocation Van Lines*, No. 2:18-cv-00252-RFB-CWH, 2018 WL 3633918, at *2 (D. Nev. July 31, 2018). As explained above, Plaintiffs have diligently attempted to locate and serve Sunday River and its registered agents, officers and directors, by hiring a process server, searching public records, and utilizing attorneys and staff. Accordingly, extension of time to serve Sunday River is proper.

**IT IS HEREBY ORDERED** that Plaintiffs are permitted to serve Sunday River process through the Nevada Secretary of State. To effectuate services, Plaintiffs must: (1) deliver a copy of the summons and complaint to the Nevada Secretary of State or his or her deputy; and (2) provide the Clerk of the United States District Court, District of Nevada with a copy of the summons and complaint to post a copy in the Clerk's Office. *See* Nev. R. Civ. P. 4.2(c)(3)(B)(i)-(ii).

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1

   **IT IS ALSO ORDERED** that that the time to serve the summons and complaint is hereby

2   enlarged. Plaintiffs will have until March 26, 2025, to effectuate service on Defendant.

3       DATED this 30th day of December, 2024.

4

5

6       UNITED STATES MAGISTRATE JUDGE

7

   Respectfully submitted by:

8
   BROWNSTEIN HYATT FARBER SCHRECK, LLP
9
   /s/ William D. Nobriga
10  Christopher M. Humes, Esq., Nevada Bar No. 12782
    William D. Nobriga, Esq., Nevada Bar No. 14931
11  100 North City Parkway, Suite 1600
    Las Vegas, Nevada  89106-4614
12  Telephone:  702.382.2101
    Facsimile:  702.382.8135
13  Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

4