Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: chumes@bhfs.com
          wnobriga@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SUNDAY RIVER CORP., a Nevada corporation,<br><br>Defendant. | Case No.: 2:24-cv-01812-RFB-EJY<br><br><br><br><br><br>**[PROPOSED] AMENDED ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, and the Southern Nevada Laborers Local 872 Training Trust (collectively, "Trust Funds"), moved for default judgment against Defendant Sunday River Corp. ("Sunday River"). ECF No. 13. The Court held a hearing on March 20, 2026, granted Plaintiffs' Motion for Default Judgment ("Motion"), and directed Plaintiffs to submit an amended proposed

1

50934086.1

order with updated damages calculations. ECF No. 15.

The Court, having considered the record, Plaintiffs' Motion and exhibits, and applicable law, finds and concludes as follows:

1.    Plaintiffs, the Trust Funds, are ERISA employee benefit trust funds that provide benefits to covered employees and are established by written trust agreements ("Trust Agreements").

2.    Sunday River is an employer obligated by a collective bargaining agreement ("CBA") and the Trust Agreements to make timely employee benefits contributions to the Trust Funds for covered employees, as required by 29 U.S.C. § 1145.

3.    Under the Trust Agreements and 29 U.S.C. § 1132(g), an employer who defaults in making required contributions is liable for audit fees, court costs, expenses, interest, attorneys' fees, and liquidated damages, in addition to unpaid contributions. 29 U.S.C. § 1132(g)(2).

4.    The Trust Funds' Collection Policy also requires an additional $10,000 in attorneys' fees and costs in any instance where the Trust Funds seek a delinquency judgment by default judgment.

5.    An independent audit demonstrated that Sunday River failed to remit $20,011.60 in required contributions for the period of February 26, 2024 through July 31, 2024. Sunday River's delinquency further renders it liable for unpaid contributions, interest, liquidated damages, audit fees, and attorneys' fees.

6.    Sunday River was served after the Court authorized alternative service through the Nevada Secretary of State and posting of the summons and complaint in the Clerk's Office. *See* ECF Nos. 8–10.

7.    Sunday River failed to appear, answer, or otherwise defend itself. As a result, the Clerk of Court entered default on March 31, 2025. ECF No. 12.

8.    Under Federal Rule of Civil Procedure 55(b)(2), the Court may enter default judgment against a defendant that has failed to plead or defend an action. Upon default, the well-pleaded factual allegations of the complaint—other than those relating to damages—are taken as true. *Geddes v. United Fin. Group*, 559 F.2d 557, 560 (9th Cir. 1977).

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

50934086.1

9.      Considering the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), the Court finds that the factors weigh in favor of entering default judgment.

10.      The categories and legal bases for damages—including unpaid contributions, interest, liquidated damages, attorneys' fees and costs, and audit fees—are supported by the Trust Agreements, the Trust Funds' Collection Policy, and 29 U.S.C. § 1132(g)(2).

11.      Plaintiffs' updated damages calculations,[1] current through the date of filing this Proposed Amended Order, include: delinquent employee benefit contributions ($20,012), liquidated damages ($4,797), interest ($4,797), audit fees ($2,959), and attorneys' fees and costs ($22,714) for a total of $55,279.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is entered against Defendant Sunday River in the amount of $55,279.

**DATED**: March 26, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:
BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

---

[1] Plaintiffs' damages calculations are rounded to the nearest dollar.

3

50934086.1